AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Larry L. Dixon ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.    2:10-cv-2380-TLW |
| Warden Mildred Rivera ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Carr is accepted. The petition is dismissed without prejudice. The Petitioner shall take nothing on his claim filed pursuant to Title U.S.C. 28 § 2241

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.

Date:   April 11, 2011                                                                *CLERK OF COURT*

                                                                                                      s/H. Hillman
                                                                                          *Signature of Clerk or Deputy Clerk*